No. 264. Cantos *v.* Styer, Commanding General.

December 16, 1946. *Per Curiam:* The writ of certiorari in this case is dismissed for the reason that the case is moot. *John E. McCullough* for petitioner. *Solicitor General McGrath, Assistant Solicitor General Washington* and *Frederick Bernays Wiener* for respondent.